United States District Court
Southern District of Texas
**ENTERED**
October 01, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VAMSIDHAR VURIMINDI, § | |
| § | |
| Petitioner, § | |
| VS. § | CIVIL ACTION NO. H-20-3357 |
| § | |
| RANDY TATE, § | |
| § | |
| Respondent. § | |

### ORDER FOR AN ANSWER

Vamsidhar Vurimindi (A# 096-689-764) is presently in custody of the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE") officials at the Montgomery Processing Center. He has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, challenging his continued detention. Preliminary examination of the petition indicates that an answer is needed. Accordingly, pursuant to 28 U.S.C. § 2241, *et seq.*, the Court **ORDERS** as follows:

1. The Clerk shall deliver copies of the Petition, attachments thereto, and this order to the United States Attorney's Office for the Southern District of Texas by mail to the Civil Process Clerk, 1100 Louisiana St., Houston, TX 77002, and by electronic mail to USATXS.CivilNotice@usdoj.gov.

2. Respondent(s) shall file an answer or other appropriate responsive pleadings within **sixty (60) days** after the date of service and to forward a copy of same to petitioner. The respondent is advised that under Federal Rule of Civil Procedure 12(d), **if matters outside the pleadings are relied upon, the respondents' motion will be treated as a motion for summary judgment and should be entitled as such**.

3. In addition to any defense (in law or fact) to a claim for relief by the petitioner, the respondent's answer shall contain: (a) a statement of the authority by which the petitioner is held and, if held under the judgment of a court or administrative tribunal, the name of such court or tribunal and the number and style of the case(s) in which those judgments were entered; and (b) a statement as to whether the petitioner has exhausted all available administrative remedies.

4. The petitioner shall file a response within thirty (30) days to any dispositive motion filed by the respondent. The petitioner's failure to file a response within thirty days shall result in dismissal of this action for want of prosecution pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

5. Each party shall serve the other party, or counsel, with a copy of every pleading, letter or other document submitted for consideration by the court; service shall be by mail to the other party. Every pleading or document filed with the Clerk of Court shall contain a signed certificate stating the date a true and correct copy of the pleading or document was mailed and to whom mailed. Any pleading or other document received by the Clerk which fails to include the certificate of service will be returned to the submitting party. Failure to mail a copy of the pleadings as certified by the certificate will subject the petitioner to sanctions by the court. There will be no direct communications with the U.S. District Judge or Magistrate Judge. Communications must be submitted to the Clerk with copies to the other party.

6. The petitioner must notify the court of any change of address by filing a written notice of change of address with the Clerk. The petitioner must also notify any counsel of record for the respondent. Failure to provide such notice may result in this case being

dismissed for want of prosecution.

The Clerk will provide copies of this order to the parties.

SIGNED at Houston, Texas, this /1st day of ~~September~~ October 2020.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE